UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TAMMY WEATHERSPOON,

       Plaintiff,                      Case No. 5:19-cv-12059-TGB-RSW

vs.

CREDIT ACCEPTANCE
CORPORATION,

       Defendant.

## STIPULATED ORDER COMPELLING ARBITRATION

By submission of this order for entry, the parties stipulate to its entry and the Court being fully advised in the premises hereby ORDERS that:

1. Plaintiff Tammy Weatherspoon ("Plaintiff") filed a Complaint against Defendant Credit Acceptance Corporation ("Credit Acceptance") on July 11, 2019. [Dkt. #1.]

2. Plaintiff and Credit Acceptance have agreed to arbitration and the claims set forth in Plaintiff's Complaint shall be litigated through non-judicial arbitration. Credit Acceptance reserves the right to file counterclaims in arbitration, if applicable, and Plaintiff reserves the right to challenge the jurisdiction of said counterclaims in arbitration.

3. The arbitration shall be conducted through the American Arbitration Association.

4. Plaintiff shall initiate arbitration and pay the initial filing fee and Credit Acceptance shall be responsible for payment of the arbitrator's fees.

5. The parties will be responsible for their respective attorneys' fees and costs.

6. All proceedings in the above-captioned action shall be, and hereby are, stayed pending arbitration.

7. If Plaintiff fails to initiate binding arbitration as per the parties' agreement within sixty (60) days of the date hereof, <u>then any and all claims asserted in the above-captioned action are subject to dismissal without prejudice. Defendant shall submit a proposed order of dismissal for consideration and entry by the Court if Plaintiff fails to initiate binding arbitration as required herein.</u>

DATED this 29th day of October, 2019.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

SO STIPULATED:

| | |
|---|---|
| /s/ Amy Ginsburg | /s/Stephen W. King |
| Amy Ginsburg | Stephen W. King (P56456) |
| KIMMEL & SILVERMAN, P.C. | KING AND MURRAY PLLC |
| 30 East Butler Pike | 355 S. Old Woodward, Suite 100 |
| Ambler, PA 19002 | Birmingham, MI 48009 |
| (215) 540-8888 | (248) 792-2398 |

aginsburg@creditlaw.com   sking@kingandmurray.com

*Attorneys for Plaintiff*   *Attorneys for Defendant*