UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TAMMY WEATHERSPOON,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ACCEPTANCE CORPORATION,<br><br>Defendant. | 2:19-CV-12059-TGB<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE |

The parties having failed to respond according to the Court's Orders dated October 29, 2019 and February 21, 2020,

IT IS HEREBY ORDERED that this case is dismissed, without prejudice, for failure to prosecute.

DATED this 27th day of February, 2020.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge